Frances Du JU, Plaintiff–Appellant,

v.

KELLY SERVICES, INC., a foreign business corporation, Defendant–Appellee.

No. 11–36067.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 11, 2013.*

Filed Feb. 14, 2013.

Frances Du Ju, Vancouver, WA, pro se.

Clay D. Creps, Krista Noelle Hardwick, Scott G. Seidman, Tonkon Torp, LLP, Portland, OR, for Defendant–Appellee.

Before: FERNANDEZ, TASHIMA, and WARDLAW, Circuit Judges.

MEMORANDUM **

Frances Du Ju appeals pro se from the district court's summary judgment in her employment discrimination action alleging violations of Title VII of the Civil Rights Act and state law. We dismiss this appeal for lack of jurisdiction.

Ju failed to appeal within 30 days of November 7, 2011, the date the district court entered judgment in a minute order that sufficiently satisfied the separate document requirement of Rule 58 of the Fed-

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**660**

eral Rules of Civil Procedure. *See Ingram v. ACandS, Inc.*, 977 F.2d 1332, 1338–39 (9th Cir.1992). Accordingly, Ju's appeal is untimely and we lack jurisdiction. *See* 28 U.S.C. § 2107(a); Fed. R.App. P. 4(a)(1)(A), 4(a)(7)(A)(ii).

**DISMISSED.**

* This disposition is not appropriate for publication and is not precedent except as provided